IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DAVID SCHENK,<br><br>               Plaintiff,<br><br>v.<br><br>(1) ALLSTATE PROPERTY AND<br>    CASUALTY INSURANCE COMPANY,<br><br>               Defendant. | Case No. CIV-12-751-M |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

      1.    I certify that I am admitted or otherwise authorized to practice in this court, and I appear in this case for Defendant, Allstate Property and Casualty Insurance Company.

      2.    I am registered in this Court's Electronic Case Filing System.

                                          Respectfully submitted,

                                          <u>s/ Brooks A. Richardson</u>
                                          Brooks A. Richardson, OBA #18133
                                          Fellers Snider Blankenship Bailey &
                                            Tippens, P.C.
                                          Chase Tower
                                          100 N. Broadway, Suite 1700
                                          Oklahoma City, OK 73102
                                          405/232-0621
                                          405/232-9659 (FAX)
                                          E-mail: <u>BRichardson@fellerssnider.com</u>
                                          *Attorneys for Defendant*
                                          *Allstate Property and Casualty Insurance Company*

## CERTIFICATE OF SERVICE

☒    I hereby certify that on July 3, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:   Charles P. Horton, Esq.

☒    I hereby certify that on July 3, 2012, I served the attached document by regular first class U.S. Mail, postage prepaid, on the following:

Charles P. Horton, Esq.
HORTON & ASSOCIATES
216 West Commerce
Altus, OK   73521

s/ Brooks A. Richardson

596548