IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) DAVID SCHENK

                      Plaintiff,

v.

(1) ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

                      Defendant.

Case No. CIV-12-751-M

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Schenk and Defendant Allstate Property and Casualty Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant in their entirety with prejudice to their refiling.

Each party shall bear its own attorney's fees and cost.

Respectfully submitted this 19th day of November 2012.

| | |
|---|---|
| s/CHARLES P. HORTON | s/ BROOKS A. RICHARDSON |
| *(Signed by filing attorney with permission)* | Brooks A. Richardson, OBA #18133 |
| Charles P. Horton, Esq. | Kelsie M. Sullivan, OBA #20350 |
| HORTON & ASSOCIATES | FELLERS SNIDER BLANKENSHIP |
| 216 West Commerce |    BAILEY & TIPPENS, P.C. |
| Altus, OK 73521 | 100 N. Broadway, Suite 1700 |
| Telephone: 580/482-3355 | Oklahoma City, OK 73102 |
| Facsimile: 580/482-0363 | 405/232-0621 |
| E-mail: c.horton.altus@sbcglobal.net | 405/232-9659 (FAX) |
| *Attorneys for Plaintiffs* | E-mail: BRichardson@fellerssnider.com |
| | E-mail: KSullivan@fellerssnider.com |
| | *Attorneys for Defendant* |
| | *Allstate Property and Casualty Insurance Company* |

606917/00950